IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

CASE NO: 13-cv-3074(JMF)

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

TOMAS CLARKE, *et al*

    Defendants
_____/

## CORRECTED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Henry P. Bell, herby move the Court for an order of admission to Practice *Pro Hac Vice* to appear as counsel for Tomas Clarke, a defendant in the above captioned case.

I am member of good standing of the Bar of the State of Florida and of the United States District Court for the Southern District of Florida. There are no pending disciplinary proceedings against me in any state or federal court, and I have never been held in contempt of court. A certificate of good standing from the Florida Supreme Court is attached.

Dated: June 27, 2013

1

Respectfully submitted,

**HENRY P. BELL, P.A.**
6301 Sunset Drive, Suite 203
South Miami, Florida 33143
Telephone:     (305) 665-8625
Facsimile:       (305) 665-8624
Email: hbell@bellpalaw.com
*Counsel for Tomas Clarke*

By:  ____s/Henry P. Bell_____
          HENRY P. BELL


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 27, 2013 a true and correct copy of the foregoing has been furnished electronically via CMCEF to all counsel of record.

By:                s/Henry    P.    Bell
          HENRY P. BELL