

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

HOWARD A. FISCHER
TELEPHONE: (212) 336-0589
EMAIL: FISCHERH@SEC.GOV

October 5, 2015

<u>Via ECF and UPS Overnight</u>

Hon. Jesse M. Furman
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>SEC v. Clarke Bethancourt, et al., No. 13 Civ. 3074 (JMF)</u>

Dear Judge Furman:

    Pursuant to the Court's order of August 2, 2013, I submit this letter on behalf of the Securities and Exchange Commission ("Commission") to update the Court on the status of the criminal cases related to the above-captioned action ("Action"), which was stayed on motion of the U.S. Attorney's Office pending resolution of the criminal proceedings. The Commission apologizes for the late submission of this update with the Court.

    Ernesto Lujan ("Lujan"), Tomas Alberto Clarke Bethancourt ("Clarke"), and Jose Alejandro Hurtado ("Hurtado"), defendants in both this Action and the criminal actions, pleaded guilty to the criminal charges against them on August 29, 2013. Benito Chinea ("Chinea") and Joseph DeMeneses ("DeMeneses"), defendants in both this Action and the criminal actions, pleaded guilty in the criminal cases and were sentenced on March 27, 2015, as set forth in the March 31, 2015 letter of the U.S. Attorney's Office (DE 51). Maria de los Angeles Gonzales ("Gonzalez"), an additional criminal defendant, pleaded guilty on November 18.

    Sentencing dates have been scheduled for Lujan (December 4, 2015), Clarke (December 8, 2015), and Gonzalez (December 10, 2015).

    The Commission supports a continued stay of this action pending the resolution of the remaining criminal actions.

                              Respectfully submitted,

                                Howard Fischer /s

                                Howard A. Fischer

Hon. Jesse M. Furman                                                                October 5, 2015
                                                                                                   Page 2

Cc (via ECF and email):

    Henry Philip Bell, Esq. (counsel to Mr. Clarke)
        Hbell@bellpalaw.com

    Frank A. Rubino, Esq. (counsel to Mr. Hurtado and Ms. Pabon)
        Frank@frankrubino.com

    Alfred Ulmer Pavlis, Esq. (counsel to Mr. Lujan)
        Apavlis@fdh.com

    David Benton Massey, Esq. (counsel to Mr. Chinea)
        Dmassey@rkollp.com

    United States Attorney's Office for the Southern District of New York
    Harry A. Chernoff, Esq.
        Harry.Chernoff@usdoj.gov
    Jason H. Cowley, Esq.
        Jason.Cowley@usdoj.gov